UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STANLEY FISHMAN, SUZANNE BOWSER, and VICKI PLUNKETT individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br><br>Defendant. | : Civil Action No. 12-585 (WJM-CW)<br>:<br>: Honorable William J. Martini<br>:<br>:<br>: **STIPULATION OF DISMISSAL**<br>: **WITH PREJUDICE.**<br>:<br>:<br>:<br>: |

THIS MATTER having been amicably resolved by and between the Plaintiffs Stanley Fishman, Suzanne Bowser, and Vicki Plunkett, and the Defendant, General Electric Company, it is hereby stipulated and agreed that this action is hereby DISMISSED WITH PREJUDICE each party to bear his or her own costs, fees, and expenses.

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

By: _____
James E. Cecchi
Attorneys for Plaintiffs

Dated: July 8, 2014

SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

By: _____
Jeffrey J. Greenbaum
Attorneys for Defendant

Dated: Aug 6, 2014

SO ORDERED this 7th day of Aug. 2014:

_____
HON. WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE